**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7253

_____

JAMES C. MCNEILL,

Plaintiff - Appellant,

versus

SHARON SNYDER, LPN; ELEXIA CRAIG, LPN,

Defendants - Appellees,

and

DENNIS VANBUREN, 2nd Shift Lieutenant;
BENJAMIN LEA, 2nd Shift Sergeant; MARY WATSON,
RN; MS. ROYSTER, 2nd Shift C/O; HOWARD
CRABTREE, 2nd Shift C/O; ASHANTI WILLIAMS, 2nd
Shift C/O; JAMES WILLIAMS, 2nd Shift C/O;
NORWOOD, 2nd Shift C/O; LINDA MORGAN, 3rd
Shift C/O,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-03-120-5-BO)

_____

Submitted: December 16, 2004      Decided: December 22, 2004

_____

Before MICHAEL, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James C. McNeill, Appellant Pro Se.  Deborrah Lynn Newton, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>McNeill v. Vanburen</u>, No. CA-03-120-5-BO (E.D.N.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>